**JUDGE BAER**

**07 CV 4030**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NIDERA SUISSE S.A. and MOUSTAPHA TALL S.A.,

                      Plaintiffs,

- against -

GRACIA NAVIGATION LTD. and PRIAMOS
MARINE S.A.,

                      Defendants.
-----------------------------------------------------------------X

07 CV _____
ECF CASE

MAY 23 2007

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiffs certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

    Nidera Suisse S.A.:      None.
    Moustpaha Tall S.A.:    None.

Dated: May 23, 2007
        New York, NY

                                  The Plaintiffs,
                                  NIDERA SUISSE S.A. and
                                  MOUSTAPHA TALL S.A.

                                  By: _____
                                  Patrick F. Lennon (PL 2162)
                                  Nancy R. Peterson (NP 2871)
                                  LENNON, MURPHY & LENNON, LLC
                                  The Gray Bar Building
                                  420 Lexington Ave., Suite 300
                                  New York, NY 10170
                                  Phone (212) 490-6050
                                  Fax (212) 490-6070
                                  pfl@lenmur.com
                                  nrp@lenmur.com