UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NIDERA SUISSE S.A. and MOUSTAPHA TALL S.A.,    :

                Plaintiffs,    :

    - against -    :

GRACIA NAVIGATION LTD. and PRIAMOS    :
MARINE S.A.,    :

                Defendants.    :
-------------------------------------------------------------------X

07 CV _____
ECF CASE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/07

## ORDER APPOINTING SPECIAL PROCESS
## SERVER PURSUANT TO F.R.C.P. RULE 4(c)

An application having been made by counsel for Plaintiff for an Order Appointing a

Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Supplemental Affidavit of Patrick F. Lennon, sworn to

on May 23, 2007, and good cause shown having been shown, it is hereby

ORDERED that Kevin J. Lennon, Nancy R. Peterson, Patrick F. Lennon, Charles E.

Murphy, or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC

be and is hereby appointed, in addition to the United States Marshal, to serve the Process of

Attachment and Garnishment and the Verified Complaint, together with any interrogatories,

upon the garnishee(s), together with any other garnishee(s) who (based upon information

developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of,

Defendant.

Dated: New York, NY
    May 24, 2007

                                  U.S.D.J.