UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Nidera Suisse S.A. et al.,

   Plaintiff,

                                                07-cv-04030-HB

       -against

Gracia Navigation Ltd. et al.,

   Defendant.
------------------------------------------------------------x

**NOTICE OF CHANGE OF ADDRESS**

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____Patrick F. Lennon_____

**X** Attorney

    **X** I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    ___PL 2162___
    ☐ I am a Pro Hac Vice attorney
    ☐ I am a Government Agency attorney

☐ Law Firm/Government Agency Association

    From: _____Tisdale & Lennon, LLC_____

    To: _____Lennon, Murphy & Lennon, LLC_____

    **X** I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

Address: The Gray Bar Building, 420 Lexington Ave., Suite 300, New York, NY 10170
Telephone Number: ___(212) 490-6050___
Fax Number: ___(212) 490-6070___
E-Mail Address: ___pfl@lenmur.com___

Dated: ___6/12/2007___   _____/s/_____
                                   o/b/o Patrick F. Lennon