# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| | | |
|---|---|---|
| The GrayBar Building | Patrick F. Lennon - *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy - *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon - *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson – *nrp@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

July 13, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/07
```

*Via Facsimile (212) 805-7901*
Hon. Harold Baer
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007-1581

Re:   **Nidera Suisse S.A. and Moustapha Tall S.A. v. Gracia Navigation Ltd. and Priamos Marine S.A.**
Docket #: 07 Civ. 4030 (HB)
Our Ref: 1020

Dear Judge Baer:

We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pretrial conference scheduled for Thursday, July 19, 2007 at 2:30 p.m.

We are attorneys for the Plaintiffs in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On May 24, 2007 an Ex-Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendants' property in the hands of garnishee banks located within the Southern District of New York. The Defendants have not appeared and, despite daily service of the Writ of Attachment on the garnishee banks, none of Defendants' property has been restrained.

As Defendants have not appeared and no funds have been attached, we respectfully request a ninety (90) day adjournment of the pre-trial conference during which time we will continue to serve the Writ of Attachment in order to secure Plaintiff's claim and obtain jurisdiction over the Defendants.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for consideration of this request.

Respectfully submitted,

Nancy R. Peterson (NP 2871)

*[Handwritten notation: Adj to 9/20 at 2:30PM – keep to subj to dismissal after 120 days]*

SO ORDERED
Harold Baer, Jr., U.S.D.J.
Date: 7/17/07