# LENNON, MURPHY & LENNON, LLC — *Attorneys at Law*

| | | |
|---|---|---|
| The GrayBar Building | Patrick F. Lennon - *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy — *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon – *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson – *nrp@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

October 16, 2007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/07

*Via Facsimile (212) 805-7901*

Hon. Harold Baer
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007-1581

Re:   **Nidera Suisse S.A. and Moustapha Tall S.A. v. Gracia Navigation Ltd. and Priamos Marine S.A.**
Docket #: 07 Civ. 4030 (HB)
Our Ref: 1020

Dear Judge Baer:

    We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pretrial conference scheduled for Thursday, October 25, 2007 at 2:30 p.m.

    We are attorneys for the Plaintiffs in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On May 24, 2007 an Ex-Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendants' property in the hands of garnishee banks located within the Southern District of New York. The Defendants have not appeared and, despite daily service of the Writ of Attachment on the garnishee banks, none of Defendants' property has been restrained.

    While no funds have been attached at this time, the Plaintiff has been informed that hull proceeds (arising from the sinking of the vessel in or around March 2007) have yet to be paid by the owners' hull insurer (Ingosstrakh of Moscow) to owners/the Defendant, Gracia Navigation. Thus, Plaintiff fully expects that Defendant's property, i.e. the hull proceeds payment, to be coming into the district in the near future.

    As Plaintiff expects Defendant's property to come into the district in the near future, we respectfully request an adjournment of the pre-trial conference for 120 days and additional time to obtain jurisdiction over the defendant, during which time we will continue to serve the Writ of Attachment in order to secure Plaintiff's claim and obtain jurisdiction over the Defendants.

    As required by your Honor's individual rules, please find attached hereto a copy of the docket sheet. Should your Honor have any questions or comments we are available to discuss

the same at any convenient time to the Court. We thank your Honor for consideration of this request.

Respectfully Submitted,

*Nancy R. Peterson*
Nancy R. Peterson

Denied — Be ready to tell me why when 12p day has come + gone a month ago. I shouldn't dismiss s/o from my docket + remove the matter (as I have already done) rather than simply let you adjourn PTC + exercises to exercise your writ. Best to appear with adversaries. Failure to [do so] assured result in adj. [denial].

SO ORDERED:
*Harold Baer*
Harold Baer, Jr., U.S.D.J.
Date: 10/23/07

Endorsement:

    DENIED - be here and ready to tell me why when 120 days has come and gone a month ago I shouldn't dismiss without prejudice and remove the matter from my docket rather than simply continue (as I have already done) to let you adjourn the PTC and exercise or try to exercise your writ. Failure to appear will rest assured, result in a dismissal.