UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07

---------------------------------------------------------------X
NIDERA SUISSE S.A. and MOUSTAPHA TALL S.A.,  :
                                                                                       :   07-cv-04030-HB

            Plaintiffs,                                    :

                                                                                 :   ECF CASE

      - against -                                   :

GRACIA NAVIGATION LTD. and PRIAMOS       :
MARINE S.A.,                                                 :

            Defendants.                                 :
---------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: October 26, 2007
       Southport, CT

                                        The Plaintiffs,
                                        NIDERA SUISSE S.A. and MOUSTAPHA TALL
                                        S.A

                        By: _____
                             Nancy R. Peterson (NP 2871)
                             LENNON, MURPHY & LENNON, LLC
                             420 Lexington Ave., Suite 300
                             New York, NY 10170
                             Phone (212) 490-6050
                             Fax (212) 490-6070
                             nrp@lenmur.com

SO ORDERED:

_____
Harold Baer, Jr., U.S.D.J.

Date: 10/29/07